ACCEPTED
11-17-00020-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/11/2017 3:48 PM
SHERRY WILLIAMSON
CLERK

Cause No. 11-17-020-CR

| | | |
|---|---|---|
| DONALD BLAINE DAVIS | § | IN THE COURT OF APPEALS |
| vs. | § | ELEVENTH JUDICIAL DISTRICT |
| STATE OF TEXAS | § | EASTLAND, TEXAS |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/11/17 3:48:04 PM
SHERRY WILLIAMSON
Clerk

### STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW The State of Texas in the above styled and numbered cause and respectfully moves the Court to extend the time for filing the State's Brief in this cause and in support thereof would show unto the Court the following:

1.  The case is pending from the 91st Judicial District Court, Eastland County, Texas.

2.  The number and style of the cases in the trial court are:
    Cause No. 24,475 styled *State of Texas vs. Donald Blaine Davis*.

3.  On January 12, 2017, a jury convicted appellant of Murder; Penal Code §19.02(c).

4.  The jury assessed punishment at 99 years confinement in the Texas Department of Criminal Justice - Institutional Division.

5.  Sentence was entered on January 12, 2017.

6.  Notice of Appeal was filed on January 17, 2017.

7.  The deadline for filing the State's Brief in this cause is July 12, 2017.

8.  An extension of time for a period of thirty (30) days is requested, making the due date August 14, 2017.

9.  The facts relied upon to show good cause for the requested extension is as follows: Appellee has been preparing for court proceedings, MTR/P hearings, juvenile matters and grand jury.  Appellee, therefore, respectfully requests an additional 30 days to prepare said brief.

WHEREFORE, PREMISES CONSIDERED, The State of Texas respectfully requests that this Honorable Court extend the time for filing the State's Brief in this cause to August 14, 2017.

Respectfully submitted,

/s/ Sarah Adams
SARAH ADAMS
Assistant Criminal District Attorney
Eastland County, Texas
100 West Main, Suite 204
Eastland, Texas 76448
Phone: (254)629-2659
State Bar No. 24045375

## *CERTIFICATE OF SERVICE*

I, Sarah Adams, Assistant Criminal District Attorney, do hereby certify that a true and correct copy of the above and foregoing State's First Motion for Extension of Time to File Brief has been faxed to Tim Copeland on July 11, 2017, at fax number (512) 215-8114.

/s/ Sarah Adams
SARAH ADAMS